### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. **STEPHANIE JEFFERS, an individual,** | ) | |
| | ) | |
| *Plaintiff,* | ) | **Case No. 17-CV-00001-GKF-FHM** |
| **v.** | ) | |
| | ) | |
| 1. **COMMUNITY ACTION PROJECT** | ) | |
| **OF TULSA COUNTY, INC., a** | ) | |
| **domestic corporation** | ) | |
| | ) | |
| *Defendant.* | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff Stephanie Jeffers, by and through her counsel of record, Armstrong & Vaught, P.L.C., and Defendant, Community Action Project of Tulsa County, Inc., by and through its counsel of record, McAfee & Taft PC, hereby stipulate to a dismissal of all of Plaintiff's claims and causes of action in the above styled and numbered case with prejudice, each party to bear their own attorney's fees and costs.

Dated this 1st day of June, 2017.

Respectfully Submitted,

Armstrong & Vaught, P.L.C.

/s/ *Charles C. Vaught*
Charles C. Vaught, OBA #19962
2727 E. 21st Street, Suite 505
Tulsa, Oklahoma 74114
(918) 582-2500
(918) 583-1755 Facsimile
cvaught@a-vlaw.com
**Attorney for Plaintiff**

and

*/s/ Kathy R. Neal*

*(signed by Plaintiff's attorney with permission of Defendant's attorneys)*

Kathy R. Neal, OBA # 674

Anna C. Lukeman, OBA # 32449

McAfee & Taft, P.C.

2 West 2nd St., Ste 1100

Tulsa, OK 74103

Telephone: (918) 587-0000

Facsimile: (918) 599-9317

**Attorney for Defendant, Community Action Project of Tulsa County Inc.**